# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:00CR21-V** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **DONALD HARRISON** | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to DONALD HARRISON) in the above-captioned case <u>without prejudice</u>.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: March 7, 2007

Richard L. Voorhees
United States District Judge